STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Shannon Holli Burton

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

SHANNON HOLLI BURTON,

                    Plaintiff,    CASE NO.: 5:22-cv-00898-SHK

   -v-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                    Defendant.

**~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees and expenses are awarded in the amount of Two Thousand Seven Hundred Eighty-Eight Dollars and Forty-Eight Cents ($2,788.48) and costs in the amount of Zero Dollars ($0.00), subject to the terms of the stipulation.

1

So ordered.

Date: ___1/18/2023___    _____

Hon. Shasha H. Kewalramani
United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Jennifer Lee Tarn]

2